IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 20-40607 WJL |
|---|---|
| **HAARIS ALI KHAN,** | Chapter 7 |
| Debtor(s). | |

### NOTICE TO DEBTORS, CREDITORS, THEIR ATTORNEYS AND ALL PARTIES-IN-INTEREST REGARDING COVID-19 AND TRUSTEE'S INTENTION TO CONDUCT SECTION 341 MEETINGS OF CREDITORS BY ZOOM VIDEO CONFERENCE AND PROCEDURES REGARDING THE SAME

**PLEASE TAKE NOTICE** that Marlene G. Weinstein, the Chapter 7 trustee (the "Trustee") for the above-captioned case of the debtor(s) ("Debtor(s)") hereby provides notice that the section 341 meeting of creditors (the "341 Meeting") in this case will be conducted remotely due to circumstances related to the Covid-19 public health crisis. Effective immediately, the Trustee is implementing the following policies and procedures regarding ALL 341 Meetings and continued 341 Meetings in cases assigned to her.

As of the filing of this notice, all 341 Meetings scheduled to be conducted on or before May 10, 2020, will be conducted remotely - preferably by ZOOM video/teleconferencing. Please monitor updates at both https://www.justice.gov/ust-regions-r17 for notices issued by the United States Trustee Program and at http://www.canb.uscourts.gov for notices issued by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that video appearance at the 31 Meeting is required for Debtor(s) and Debtor(s)' counsel and, as such, Debtor(s) and Debtor(s)' counsel must join the video conference from a device connected to the internet with both a camera enabled and a microphone/speaker enabled. The 341 Meeting will be electronically recorded. To ensure the quality of the record, please be sure to limit any background noise. Participants must be able to hear all parties for the entire 341 Meeting. Only Debtor(s) and their counsel as well as creditors or parties-in-interest will be allowed on the connection, i.e., no "moral support" or supplementary answers to be provided by friends or family.

Registration is not necessary to participate in a ZOOM video conference unless your device uses the IOS operating system (Iphones, Ipads or Apple computers). If you are using any of the Apple products, you must download the ZOOM Cloud Meetings mobile app from the App Store for free to participate. A free account is available from Zoom in all instances.

Debtor(s), their attorneys, all creditors and parties-in-interest are advised to familiarize themselves with ZOOM at https://zoom.us. Under Resources there are Video Tutorials on various topics including Joining a Meeting. If you have questions, please call the Trustee at 925-482-8982.

TO: **DEBTOR(S) REPRESENTED BY AN ATTORNEY AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that a ZOOM email invitation will be sent by the Trustee to Debtor(s)' counsel providing a link to connect to the scheduled 341 Meeting, as well as a call-in number and code if any non-debtor party wishes to participate by telephone. Debtor(s)' counsel are instructed to:

(1) Provide email addresses to the Trustee to which they want the ZOOM invitations sent for themselves and for their clients as soon as possible (Note: Counsel may request Debtor(s) to appear with them at their offices, at their own discretion);
(2) Notify the Trustee if the Debtor will need an interpreter at the 341 Meeting no later than the Friday prior to the scheduled 341 Meeting;
(3) Provide the Debtor(s) with the Bankruptcy Information Sheet, copies of which are available in English and in many other languages at the United States Trustee Program website above, and make sure the Bankruptcy Information Sheet is read by Debtor(s) before the 341 Meeting;
(4) Familiarize themselves and instruct the Debtor(s) to familiarize themselves with enabling the camera/video and audio/microphone/speaker on the device to be used for the 341 Meeting;
(5) Contact the Trustee immediately at 925-482-8982 with any questions or concerns regarding participation at the 341 Meeting through ZOOM.

**PLEASE TAKE FURTHER NOTICE** that, no later than **4:00 p.m. on the Friday before the scheduled 341 Meeting**, Debtor(s)' counsel must submit the following information to the Trustee through the Stretto document management portal:
(1) a copy of Debtor(s)' valid photo identification and social security proof;
(2) complete copies of statements for any and all bank, credit union and/or other financial accounts for the month including the bankruptcy filing date with respect to which the Debtor(s) are on title or have signatory authority;
(3) copies of Debtor(s) payment advices for the 60-day period prior to the bankruptcy filing; and,
(4) copies of the Debtor(s) most recently filed federal and state tax returns.

**PLEASE TAKE FURTHER NOTICE** that unless alternative arrangements have been made by Debtor(s)' counsel with the Trustee, and confirmed in writing, failure to comply with the above procedures may be deemed a failure to appear at the scheduled 341 Meeting of Creditors.

**TO: CREDITORS AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that Creditors wishing to attend the 341 Meeting are instructed to contact the Trustee at 925-482-8982 no later than the Friday before the scheduled 341 Meeting if they intend on appearing at the 341 Meeting of Creditors so the Trustee can send an email invitation to the ZOOM meeting.

All participants will be placed in a waiting room upon signing into the ZOOM meeting, and will only be admitted to participate in the 341 Meeting upon the Trustee admitting them to the 341 Meeting. If possible, please make sure you are identified by your name when you sign into the ZOOM meeting, as opposed to the type of device you are connecting with, which may require you to rename yourself. The Trustee will not admit anyone to the 341 Meeting unless she has received advance notice that a creditor or other interested party intends on attending the 341 Meeting of Creditors.

Dated: April 13, 2020

/s/ Marlene G. Weinstein
Marlene G. Weinstein, Chapter 7 Trustee
1511 Sycamore Ave., Suite M-259
Hercules, CA 94547
Phone: (925) 482-8982
mgwtrustee@mgwtrustee.com